IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

NORTHWEST ARKANSAS
CONSERVATION AUTHORITY                                                    PLAINTIFF

V.                              CASE NO. 5:20-CV-5077

CROSSLAND HEAVY
CONTRACTORS, INC. and
FIDELITY & DEPOSIT CO. OF
MARYLAND                                                                  DEFENDANTS

### ORDER

On April 30, 2020, Defendants Crossland Heavy Contractors, Inc. and Fidelity & Deposit Co. of Maryland filed a Motion for Protective Order (Doc. 5) and Memorandum Brief in Support (Doc. 6) seeking relief from a discovery deadline that had been set by the Benton County Circuit Court before the case was removed to federal court. Defendants also assert that the number of interrogatories served upon them by the Plaintiff, Northwest Arkansas Conservation Authority ("NACA"), exceeds the number permitted under Rule 33(a) of the Federal Rules of Civil Procedure. Counsel for the Defendants contacted the Court on May 6 to inquire as to the status of its Motion, since the state-court order from which Defendants seek relief would require them to respond to the interrogatories, requests for admission, and requests for production by June 1. The same day, counsel for NACA responded via email and provided to both the Court and Defendants' counsel a new set of interrogatories that comply with Rule 33(a), along with updated requests for production of documents. The parties did not agree on a timeline for responding to the discovery requests. The next day, May 7, NACA filed a Response in Opposition to

Defendants' Motion (Doc. 14), which memorialized the substance of its previous email to the Court.

Upon consideration of these filings, the Court **GRANTS IN PART AND DENIES IN PART** Defendants' Motion for Protective Order (Doc. 5) and **ORDERS** as follows.

If it has not done so already, NACA should serve upon Defendants the amended interrogatories and requests for production of documents. Defendants are granted until **JUNE 30, 2020** to respond to these amended requests, as well as the original requests for admission. In extending the response deadline 28 days beyond the parties' deadline to conduct a Rule 26(f) conference, the Court hopes that the parties will take advantage of the opportunity to confer and avoid any unnecessary or duplicative discovery requests. NACA's response to the pending motions to dismiss (Docs. 7 & 9) should be filed on or before **JULY 14, 2020**. The case management hearing remains unchanged.

**IT IS SO ORDERED** on this 11th day of May, 2020.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE